UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-05385-RGK-JPR | Date | January 27, 2021 |
|---|---|---|---|
| Title | Columbus Grigsby v. PT51, Inc. et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE RESPONSE TO ORDER TO SHOW CAUSE**

The Court has reviewed the proofs of service [14] and [15] that were filed in response to the Order to Show Cause [13].

According to the Court's Standing Order Regarding Newly Assigned Cases [8], proofs of service shall be filed within 5 days of serving the summons and complaint. Plaintiff shall show cause in writing, not later than February 1, 2021, regarding the failure to timely file the proof of service. Plaintiff shall also file a Request for Default by the Clerk as to defendants PT51, Inc. and GFV Family Education Fund, LLC on or before February 1, 2021. Failure to do so will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

:

Initials of Preparer   slw